IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSHUA TEAL, #305729, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-94-WKW |
| ) | [WO] |
| ALA. DEPT. OF CORRECTIONS ) | |
| and HOLMAN CORRECTIONAL ) | |
| FACILITY, ) | |
| ) | |
| Defendants. | |

## **ORDER**

On February 11, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is TRANSFERRED to the United States District Court for the Southern District of Alabama in accordance with the provisions of 28 U.S.C. § 1404(a).

DONE this 23rd day of March, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE